# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND, <br><br>  Plaintiffs, <br><br>  v. <br><br> THE PLUMBERS CONNECTION, INC., a California corporation; and GARY GARCIA, JR. an individual. <br><br>  Defendants. | Case No. 5:18-cv-02176-JGB-SP <br><br> **JUDGMENT** |

This action having been commenced on October 12, 2018, and the Court having approved the stipulation for entry of judgment in favor of Plaintiffs and against Defendant, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Pensioners and Surviving Spouses Health Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the Plumbers and Pipefitters National Pension Fund, and Trustees of the International Training Fund shall recover from Defendants The Plumbers Connection, Inc. and Gary Garcia Jr, jointly and severally, the principal amount of $163,427.29, plus pre-judgment and post-judgment interest thereon at the rate of eight percent (8%) per annum from January 16, 2020, until paid in full.

Dated: February 11, 2020

UNITED STATES DISTRICT COURT JUDGE